# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT O PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> SHIRLEY MATOS MCCCLURG <br><br> DEBTOR(S) | CASE NO.: 17-07165 MCF <br><br> CHAPTER 13 |

## MOTION TO DISMISS

TO THE HONORABLE COURT:

COMES NOW, Puerto Rico's Administration for Child Support (hereinafter ASUME), as Creditor in the present bankruptcy case, through the undersigning attorney, and hereby respectfully STATES and PRAYS:

1. Debtor Shirley Matos McClurg filed for bankruptcy under Chapter 13 on December 5, 2017.

2. ASUME appeared as Creditor for a pre-petition amount of $6,306.53, <u>later amended to $6,075.93</u>, accrued under child support case No.0565811. (Claim 4-2)

3. Debtor has failed to comply with her ongoing obligation, to this day owing a total of **$922.36 in post-petition DSO**, equal to four (4) months of child support. See, *Payment History* at December 2018, Exhibit 1.

4. Section 1307(c)(11) of the Bankruptcy Code provides cause for dismissal for "failure of the debtor to pay any domestic support obligation that first becomes payable after the date of the filing of the petition".

1

5. In view of the post-petition arrears and the significant public policy involving timely payment of child support, ASUME requests that this Honorable Court order the dismissal of the present bankruptcy case.

6. Debtor is not an active member of the United States Armed Forces. See, *Status Report*, Exhibit 2.

WHEREFORE, ASUME prays this Honorable Court considers the above stated and GRANT the remedy here requested by ordering the dismissal of the present bankruptcy case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 19th day of December, 2018.

I HEREBY CERTIFY: that on this same date I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties, including Trustee Alejandro Oliveras Rivera, Esq. and Debtor's Attorney, José M. Prieto Carballo, Esq. I further certify that a true and exact copy of the present document has been sent via US Mail to Debtor's address of record: PO Box 25, Fajardo P.R., 00738.

/S/MYRIAM HERNANDEZ-LUCENA, ESQ.
USDC-PR NO.: 230908
PO BOX 71316
SAN JUAN, PR 00936-8416
TEL. (787) 767-1500, EXT. 2813
FAX. (787) 772-9352
mhernandez2@asume.pr.gov

**Notice:** Within **thirty (30) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States

2

Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.